UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RISCHI RAMDIAL**,

    Plaintiff,

v.                                         Case No. 4:20cv516-TKW-MAF

**HUMANA INCORPORATED, et al.**,

    Defendant.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed with prejudice pursuant to 28 U.S.C. §1915A(b) and *Heck v. Humphrey*, 512 U.S. 477 (1994). Thus, the Court need not consider whether dismissal is also warranted based on Plaintiff's failure to comply with the Order requiring him to pay the partial filing fee.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice**, and the Clerk shall close the case file.

3. Plaintiff's motion for extension of time to pay the partial filing fee (Doc. 7) is **DENIED as moot**.

**DONE AND ORDERED** this 29th day of December, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**